**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>EL MUELLE CORP.,<br><br>    Defendant. | Case No.: 2:23-cv-09678-JFW (SSCx)<br><br>**Judgment Re: Default Judgment** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MIGUEL HERNANDEZ shall have JUDGMENT in Plaintiff's favor in the amount of $3,217.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $7,217.00, against Defendant EL MUELLE CORP.

Additionally, Defendant EL MUELLE CORP. is ordered to make the features in the restroom at the property located at or about 11518 Burbank Blvd., North Hollywood, California, accessible in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 5, 2024

_____
Hon. John F. Walter,
United States District Judge